ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 24 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Floyd Wallace
1613 Leopard Ln.
College Station, TX 77840
(402) 347-0770
floydwallacecivilrights@gmail.com

2:23-cv-00809-APG-NJK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FLOYD WALLACE ) Case No.:
 )
 Plaintiff, ) **CERTIFICATE OF INTERESTED**
 ) **PARTIES (LOCAL RULE 7.1-1)**
 )
v. )
 )
LAS VEGAS METROPOLITAN POLICE )
DEPARTMENT, et. al )
 )
 Defendants. )
 )
_____ )

The undersigned, pro se party, certifies that the following may have a direct, pecuniary interest in the outcome of this case: Any employee or contractor of the State of Nevada due to the State of Nevada being a Defendant. Any pro-police organization due to the political affiliation of the Plaintiff.

DATED: May 18, 2023.

Respectfully submitted,

*Floyd Wallace*
Floyd Wallace
1613 Leopard Ln.
College Station, TX 77840
floydwallacecivilrights@gmail.com
(402) 347-0770
*Pro Se*

1