Generated: May 31, 2023 10:24AM                                                                                                    Page 1/1

# U.S. District Court

## Nevada None - Las Vegas

**THIS IS A COPY**

Receipt Date: May 31, 2023 10:24AM

Floyd Wallace

| Rcpt. No: 200004189 | | Trans. Date: May 31, 2023 10:24AM | | | Cashier ID: #AA |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $402.00 |
| | | Total Due Prior to Payment: | $402.00 |
| | | Total Tendered: | $402.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

**Comments**: case #23-cv-00809

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

2:23-cv-00809-APG-NJK