# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FLOYD WALLACE,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-00809-APG-NJK<br><br>ORDER |

Plaintiff is proceeding in this action *pro se* and submitted a complaint. Docket No. 1-1. Plaintiff has now paid the filing fee. Docket No. 4. Because the filing fee has been paid, the Court need not screen the complaint. Accordingly, the Clerk's Office is **INSTRUCTED** to file the complaint on the docket. Plaintiff must effectuate service within 90 days of this order. *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: June 1, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1