**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   Attorneys for Defendant LVMPD

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FLOYD WALLACE,<br><br>               Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; CHRISTIAN TORRES; JASON SHOEMAKER; CORY MCCORMICK and DOES 1 to 50, inclusive,<br><br>              Defendants. | Case Number:<br>2:23-cv-00809-APG-NJK<br><br>**DEFENDANT LVMPD'S CERTIFICATE OF INTERESTED PARTIES** |

Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and through its attorney of record, Marquis Aurbach, hereby certify there are no known parties other than the named parties that have an interest in the outcome of this case.

Dated this 17th day of July, 2023.

                      MARQUIS AURBACH

                      By *s/Craig R. Anderson*
                          Craig R. Anderson, Esq.
                          Nevada Bar No. 6882
                          10001 Park Run Drive
                          Las Vegas, Nevada 89145
                          Attorneys for Defendant LVMPD

MAC:14687-464 5155289_1 7/17/2023 9:37 AM

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **DEFENDANT LVMPD'S CERTIFICATE OF INTERESTED PARTIES** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 17th day of July, 2023.

☐ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

> Floyd Wallace
> 1613 Leopard Lane
> College Station, TX 77840
> *Pro Per*

*s/Sherri Mong*
an employee of Marquis Aurbach

Page 2 of 2

MAC:14687-464 5155289_1 7/17/2023 9:37 AM