**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendant LVMPD

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FLOYD WALLACE,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; CHRISTIAN TORRES; JASON SHOEMAKER; CORY MCCORMICK and DOES 1 to 50, inclusive,<br><br>　　　　　　　Defendants. | Case Number:<br>2:23-cv-00809-APG-NJK<br><br>**DEFENDANT LVMPD'S NOTICE OF MANUAL FILING OF EXHIBIT B REFERENCED IN ECF NO. 16** |

Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and through its attorney of record, Marquis Aurbach, hereby submit their Notice of Manual Filing of Exhibit B referenced in their Response to Plaintiff's Motion to Extend Time to Respond to Motion (ECF No. 16).

Dated this 26th day of July, 2023.

　　　　　　　　　　　　　　　　　MARQUIS AURBACH


　　　　　　　　　　　　　　　　　By *s/Craig R. Anderson*
　　　　　　　　　　　　　　　　　　　Craig R. Anderson, Esq.
　　　　　　　　　　　　　　　　　　　Nevada Bar No. 6882
　　　　　　　　　　　　　　　　　　　10001 Park Run Drive
　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89145
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant LVMPD

MAC:14687-464 5168809_1 7/26/2023 3:48 PM

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **DEFENDANT LVMPD'S NOTICE OF MANUAL FILING OF EXHIBIT B REFERENCED IN ECF NO. 15** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 26th day of July, 2023.

☐ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Floyd Wallace
1613 Leopard Lane
College Station, TX 77840
*Pro Per*

*s/Sherri Mong*
an employee of Marquis Aurbach

MAC:14687-464 5168809_1 7/26/2023 3:48 PM

# Exhibit B

