Floyd Wallace
1613 Leopard Ln.
College Station, TX 77840
(402) 347-0770
floydwallacecivilrights@gmail.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FLOYD WALLACE ) | Case No.: 2:23-cv-00809 |
| ) | |
| Plaintiff, ) | **REPLY TO MOTION TO EXTEND** |
| ) | **TIME TO RESPOND TO MOTION** |
| v. ) | |
| ) | |
| LAS VEGAS METROPOLITAN POLICE ) | |
| DEPARTMENT, et al. ) | |
| ) | |
| Defendants. ) | |

### INTRODUCTION

I, Plaintiff Floyd Wallace, file this reply to Defendant LVMPD's response at ECF No. 16 to object to the DVD improperly submitted by Defendants without any foundation or authentication. This motion is made and based on the attached Memorandum of Points and Authorities, the pleadings, and papers on file herein, and any oral argument allowed by counsel at the time of the hearing.

### MEMORANDUM OF POINTS AND AUTHORITIES

**A. Manual filed "evidence" submitted without authentication.** Defendant LVMPD submitted what appears to be a DVD of alleged business records, collected by some unknown person, without a certificate of authenticity. There is also no affidavit saying that it is a true and correct copy, in violation of Federal Rules of Evidence and Federal Rules of Civil Procedure.

1

1  The alleged evidence is also irrelevant to Plaintiff's motion to extend time, and should be
2  excluded.

3  **B. 75(d) does not equal 7.1(b)(1).** My home state of Texas and the location of my last
4  lawsuit had a similar local rule under LR7.7, but I intended to cite Rule 6, or did I? You see, the
5  office phone number of Defendant LVMPD's counsel is (702) 382-0711.

| (702) 382-0711 | Start with this |
| --- | --- |
| 75( ) 82-0711 | Add the 0, 3, 2 and move the parentheses |
| 75( ) 10-9 | Add the 8 and 2, and the 0, 7, 1, 1 |
| 75( ) 1 | Do the subtraction equation displayed |
| 75(Δ) | Replace the 1 with the sign of the illuminati |
| 75(d) | Illuminati symbol is Greek letter D |

This is clear evidence that Defendants counsel prepared my motion for extension of time, in clear conflict with their client, as no waivers have been signed.

### CONCLUSION

Accordingly, this moot reply has been a work of parody based on Defendant LVMPD's ludicrous conspiracy theories. Also, their "evidence" is not evidence. Defendant LVMPD is playing games in clear violation of Rule 11. If this doesn't illustrate that, I don't know what will.

DATED: July 29, 2023                                   Respectfully submitted,

*Floyd Wallace*
Floyd Wallace
1613 Leopard Ln.
College Station, TX 77840
floydwallacecivilrights@gmail.com
(402) 347-0770
*Pro Se*