**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendant LVMPD

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FLOYD WALLACE,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; CHRISTIAN TORRES; JASON SHOEMAKER; CORY MCCORMICK and DOES 1 to 50, inclusive,<br><br>Defendants. | Case Number:<br>2:23-cv-00809-APG-NJK<br><br>**DEFENDANT LVMPD'S OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR RULE 11 SANCTIONS ON LVMPD AND THEIR COUNSEL (ECF NO. 22)** |

Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and through its attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach, hereby files its Opposition to Plaintiff's Amended Motion for Rule 11 Sanctions on LVMPD and Their Counsel ("Motion for Sanctions"). (ECF No. 22.)

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   INTRODUCTION**

Plaintiff Floyd Wallace ("Wallace") is seeking Rule 11 sanctions against LVMPD and its attorney. On July 17, 2023, LVMPD filed a motion (separated into two motions) requesting an order from this Court precluding non-party and non-attorney Jose DeCastro ("DeCastro") from practicing law without a license and, as a sanction for DeCastro's involvement, striking Wallace's Complaint (the "Motion to Strike"). According to Wallace's Motion for Sanctions, "LVMPD has no factual basis for their [sic] claims" DeCastro is directing his litigation and DeCastro has only "pa[id] my filing fee" and "courie[d] my

1  compliant to court." (ECF No. 22 at Ex. at 1 at 2:21-23.) Either DeCastro or Wallce is
2  misrepresenting DeCastro's involvement in this litigation.

3        When LVMPD filed its Motion, DeCastro was posting videos on his YouTube
4  channel bragging about assisting Wallace in suing. Since the filing of LVMPD's Motion(s),
5  additional evidence has surfaced supporting LVMPD's allegations. Specifically:
6  (1) DeCastro is recorded telling LVMPD officers he is "assist[ing]" Wallace in suing
7  LVMPD, and he is "the man right behind" the lawsuit; (2) DeCastro has posted several
8  videos on his YouTube channel claiming he is assisting Wallace in this litigation and that he
9  intends to help Wallace sue other police departments; and (4) DeCastro has bragged he
10 "sue[s] cops all across the country" on behalf of others. In addition, it is unclear who is
11 filing Wallace's pleadings in this Court's e-filing system. Wallace has never been granted
12 permission to electronically file, however he continues to e-file documents from an
13 unknown account, and it is believed that his most recent filings occurred while Wallace was
14 incarcerated in another jurisdiction. Coincidently, DeCastro has received permission to e-file
15 in his unrelated lawsuit against LVMPD.

16       In short, substantial evidence supports LVMPD's allegations and its request to strike
17 Wallace's pleadings. At a minimum, LVMPD's Motion is certainly not frivolous, sanctions
18 are inappropriate, and Wallace's Motion for Sanctions must be denied. If this Court is
19 concerned about DeCastro's involvement, it should order an evidentiary hearing and order
20 both Wallace and DeCastro to attend and testify under oath.

21 **II.**    **RELEVANT FACTS AND PROCEDURAL HISTORY.**
22     **A.**    **THE SUBJECT INCIDENT AND PROCEDURAL HISTORY.**
23         **1.**    **The subject incident.**

24       According to Wallace's complaint, on May 10, 2023, he went to the LVMPD's
25 Spring Valley Area Command Center ("SVACC") to record police officers. (ECF No. 1 at
26 ¶17) Wallace covered his face with a mask. (*Id.* at ¶33.) He then positioned himself at a gate
27 with signs clearly prohibiting public access. (*Id.* at ¶17.) Wallace then began filming the
28 arrival of police vehicles. (*Id.* at ¶¶18-19.) Eventually, a person in plain clothes approached

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Wallace and "asked Plaintiff was he was doing." (*Id.* at 19.) Wallace ignored the individual and never said a word. (*Id.* at ¶¶19-21.) He eventually returned to a public sidewalk. (*Id.* at ¶22.)

While on the sidewalk, Wallace was stopped by multiple uniformed police officers. (*Id.* at ¶¶24-25.) An officer approached Wallace with a drawn gun, instructed him to the front of a police car, and handcuffed him. (*Id.* at ¶¶24-27.) Wallace was told he was being detained on "reasonable suspicion" because video surveillance showed him trying to enter a gate not open to the public. (*Id.* at ¶27.) As the officers frisked Wallace for weapons, he "assert[ed] his right not to have his wallet searched . . . and asked for supervisor." (*Id.* at ¶¶29-32.) Wallace refused to provide his identity. (*Id.* at ¶32.) When the officers threatened Wallace with arrest for obstruction and failing to identify, Wallace "provide[d] his name and birthday under threat of arrest." (*Id.* at ¶35.) Wallace claims the officers racially profiled him, accused him of being a terrorist, and a possible auto thief. (*Id.* at ¶¶35-41.) Eventually, Wallace was arrested. (*Id.* at ¶46.) Wallace was transported to jail and released with a citation. (*Id.* at ¶48.) The charges were eventually dropped.

### 2. Procedural history.

Wallace filed his Complaint on May 24, 2023. (ECF No. 1.) The Complaint alleges the following claims for relief: (1) 42 U.S.C. § 1983 false arrest and excessive force; (2) § 1983 equal protection violation; (3) § 1983 First Amendment violation; (4) a *Monell*[1] claim against LVMPD; (5) § 1981 claim for racial discrimination; (6) state law assault and battery; (7) state law false imprisonment; (8) state law invasion of privacy; and (9) state law negligence.

On July 17, 2023, LVMPD filed a Motion to Dismiss all claims. (ECF No. 8.) That same day, LVMPD filed a Motion to Preclude Jose DeCastro from Practicing Law Without a License and a Motion to Strike Plaintiff's Complaint as an Improperly Filed Pleading. (ECF Nos. 10 and 11.) On July 24, 2023, Wallace filed his Motion to Extend Time to

---

[1] *Monell v. Dep't. of Soc. Servs. of City of New York*, 436 U.S. 658 (1978).

Respond to LVMPD's Motion to Strike Plaintiff's Complaint. (ECF No. 14.) Included in Plaintiff's Motion to Extend Time, was a Memorandum of Points and Authorities arguing LVMPD's Motion to Strike was frivolous. (*Id.*) Wallace now claims this filing constituted Rule 11 service for his current sanctions motion. (ECF No. 22 at 2:6-7.) On August 10, 2023, Wallace filed his current Amended Motion for Rule 11 Sanctions on Defendant LVMPD and their Counsel; Declaration of Floyd Wallace in Support. (ECF No. 22.)

### B.  FURTHER EVIDENCE OF DECASTRO'S UNAUTHORIZED PRACTICE OF LAW.

LVMPD's Motion to Strike sets forth circumstantial evidence supporting LVMPD's belief that DeCastro is authoring Wallace's pleadings. After LVMPD filed its Motion, it discovered additional evidence supporting its contentions. The following summarizes the new evidence.

#### 1. Wallace and DeCastro go to LVMPD's Spring Valley Command Center.

On May 11, 2023, the day after Wallace's arrest, Wallace and DeCastro went back to SVACC and confronted the on-duty sergeant, Mark Pretti ("Sgt. Pretti"), regarding Wallace's arrest. Sgt. Pretti met Wallace and DeCastro in the SVACC lobby. Sgt. Pretti's body worn camera captured the encounter, and both DeCastro and Wallace filmed the interaction with their cellphones. (Sgt. Pretti BWC I, attached as **Exhibit A[2]**.) After asking Sgt. Pretti to identify himself, DeCastro stated "This is Floyd, he is going to file a complaint today" because "you guys wrongfully arrested him yesterday." (*Id*. at T21:34:20-27Z.) DeCastro then told the sergeant, "You can look up my name, it's DeCastro versus Las Vegas Metro Police Department."[3] (*Id.* at T21:34:27-32Z.) He then admitted "What *I am going to do is assist* Floyd in suing you guys." (*Id.* at T21:34:32-35Z.) The sergeant responded "okay." (*Id.*)

---

[2] Submitted with Exhibit A is Sgt. Pretti's declaration authenticating his body worn camera video.

[3] Presumably DeCastro was referring to his own lawsuit against LVMPD. *See DeCastro v. Las Vegas Metro. Police Dep't.*, 2:23-CV-00580-APG-EJY.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

DeCastro, visibly frustrated with Sgt. Pretti's calm reaction to his provocative conduct, became more agitated and demanded to see Wallace's arresting officer and challenged Sgt. Pretti stating, "I am right here, come do it to me. Come do it to me Copper. Come put me in your torture cuffs. I'll sue your ass in five seconds flat[4]." (*Id.* at T21:34:38-54Z.) DeCastro then (wrongfully) alleged Wallace was arrested "for filming cops" and reiterated "you arrested this man yesterday, you've got another lawsuit, bro. Look me up! I am gonna get that son of a bitch who arrested him yesterday . . ." (*Id.* at T21:34:55-35:28Z.) DeCastro then demanded "complaint forms" for both himself and Wallace. (*Id.* at T21:35:50 – 36:10Z.) Sgt. Pretti responded, "Cool. Let me go get you guys some forms." (*Id.* at T21:36:10-14Z.) However, before he could leave, DeCastro began to verbally attack a female receptionist, calling her a "copsucker' and alleging she had violated his unspecified Fourth Amendment. (*Id.* at T21:36:20-32Z.) When Sgt. Pretti responded, "We are not going to be insulting her today," DeCastro became angrier, telling Sgt. Pretti he is "tyrant, a thug, and pig." (*Id.* at T21:36:20-33Z.) DeCastro then threatened if Sgt. Pretti did not "provide the services" he is paid to provide, "I will sue you by tomorrow." (*Id.* at T21:36:34-54Z.) As Sgt. Pretti left to get DeCastro and Wallace their requested forms, Wallace asked the sergeant to identify himself a second time, which the sergeant did. (*Id.*) This is the only time DeCastro allowed Wallace to speak.

Several minutes later, Sgt. Pretti returned to the lobby with the requested complaint forms. (Sgt. Petti BWC II, Ex. A.) Sgt. Pretti provided DeCastro and Wallace with both a voluntary statement form and an LVMPD Internal Affairs form. (*Id.* at T21:46:10-27Z.) In response, DeCastro began to incoherently recite legal case names, harass the receptionist, and insinuate Wallace's arrest was racially motivated. (*Id.* at T21:46:30 – 48:20Z.) After Wallace took his complaint forms, DeCastro began ranting about how police officers handle DUI "crackdowns", "drugs", and "domestic violence." (*Id.* at T21:48:30 – 45 Z.) Relevant to Wallace's lawsuit, DeCastro told Sgt. Pretti to inform the officers who arrested Wallace

---

[4] "Torture cuffs" is a phrase used by DeCastro to reference handcuffs. *See* DeCastro's website endtorturecuffs.com.

that "when [Wallace] sues them, *I am the man right behind him*." (T21:49:15 – 26Z.) DeCastro then began to repeat his threats. (T21:49:27 – 52:10Z.) When Sgt. Pretti asked to speak with Wallace, DeCastro responded "I am a constitutional law scholar, *I sue cops all across the country* and now you are going to get sued again [for arresting Wallace]." (*Id.* at T21:52:10-25Z.) DeCastro then, referring to Wallace's arresting officers, "*I am going to get their names*, and they are going to get sued in a federal civil rights lawsuit." (*Id.* at T21:52:20-29Z.)

### 2. **Wallace's ECF Filings.**

Wallace has never received permission to utilize the Court's ECF e-filing system. Despite this fact, an unidentified user is filing documents on Wallace's behalf. It is known DeCastro received ECF filing privileges in his personal lawsuit against LVMPD. *See DeCastro v. Las Vegas Metro Police Dep't*, 2:23-cv-00580-AGG-EJY, ECF No. 5.

### 3. **Circumstantial evidence of DeCastro's unauthorized acts.**

DeCastro brags he is a "constitutional law scholar" who files lawsuit "across the country" on behalf of others. One of Wallace's most recent filings refers to DeCastro as a "well-known constitutional law scholar." (ECF No. 23 at 2:6.) LVMPD's research has revealed no evidence DeCastro is a licensed attorney or has ever received any formal training. DeCastro admits in his YouTube channel he is not a lawyer, has no advanced degrees, and obtains his constitutional scholarship from the internet.

DeCastro operates a YouTube channel called Delete Lawz where he is a prolific poster. According to DeCastro, on or around August 5, 2023, Wallace was arrested in Texarkana, Arkansas. DeCastro, on his Youtube channel, Delete Lawz, hosted a livestream. DeCastro played a recording of his call to the Arkansas jail. (Delete Lawz, LIVE Tonight: Interview With @WaltCoACT1983; Rankin County, MS at 2:04:20, Ex. A.) According to DeCastro, he intended to go to Arkansas and "start to put together the lawsuit to sue those filthy pigs" on Wallace's behalf. (*Id.* at 2:12:3-35.) Interestingly, it is believed that Wallace was still incarcerated in Arkansas when his current Motion for Sanctions was e-filed by an

MAC:14687-464 5186277_1 8/22/2023 3:58 PM

1 unknown party from an unknown account. However, DeCastro posted on his YouTube
2 channel a photo that says, "I actually work for Floyd Wallace Right [Now]." (**Exhibit B**.)

3       Over a year ago, DeCastro posted another video claiming he was driving to Plano,
4 Texas, where "I am filing a federal civil rights lawsuit" on behalf of another individual.
5 DeCastro admitted to assisting the potential plaintiff with the assistance of his "law partner"
6 "Bobby Law", "X-factor", and "Shawna." (Delete Lawz: Filing Federal Civil Rights
7 Lawsuit - Dallas, Texas $400 Fundraiser at 0:00:00 – 02:00, Ex. A.) DeCastro posts video
8 instructing individuals on how to file lawsuits. (*See e.g.,* Delete Lawz: How to Submit your
9 Paperwork to see if there is a Civil Rights Lawsuit, Ex. A.)

10       In 2022 in Ohio, DeCastro was accused of the unauthorized practice of law. The
11 Supreme Court of Ohio's Disciplinary Counsel concluded DeCastro "likely engaged in the
12 unauthorized practice of law" but chose not to pursue the matter because "it is unlikely that
13 Mr. DeCastro would respond to a complaint to appear . . . as evidenced by Mr. DeCastro's
14 evasion of [an] Ohio warrant for his arrest." (8/31/2022 Letter from The Supreme Court of
15 Ohio Disciplinary Counsel, **Exhibit C**.)

16       Finally, according to DeCastro he brings these lawsuits to harass and damage the
17 reputations of officers and force governmental entities to incur unnecessary costs and fees.
18 Although he claims he wants to win the lawsuits, he admits his main purpose is running up
19 legal fees and costs for the defendants. (Delete Lawz: Let's Watch Some Videos Sunday
20 Fun-Day, at 02:51:00-02:53:00, Ex. A.)

21       In sum, there is substantial evidence that DeCastro is filing and pursuing lawsuits on
22 both his own behalf and the behalf of others. The evidence in this case leads to the
23 reasonable conclusion that he is currently "work[ing] for Floyd Wallace."

24 **III.**    **<u>RULE 11 LEGAL STANDARDS</u>**

25       "Federal Rule of Civil Procedure provides for the imposition of sanctions when a
26 filing is frivolous, legally unreasonable, or without factual foundation, or is brought for an
27 improper purpose." *Team 125, Inc. v. Eastern Airlines, LLC*, 2023 WL 2613756, *2 (D.
28 Nev. Mar. 22, 2023) (quoting *Estate of Blue v. Cnty. of Los Angeles*, 120 F.3d 982, 985 (9th

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Cir. 1997). "Frivolous filings are 'those that are both baseless and made without a reasonable and competent inquiry.'" *Id.* A filing is not frivolous so long as the filing (1) "is not being presented for any improper purpose, (2) the "legal contentions are warranted by existing law"; (3) "the factual contentions have evidentiary support, or if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery"; and (4) the "factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information." *See* Fed. R. Civ. P. 11(b).

## IV. LEGAL ARGUMENT

Wallace argues LVMPD lacks a good faith basis to ask this Court to strike his Complaint because "LVMPD has no factual basis for their claims" DeCastro is ghostwriting or otherwise assisting Wallace with his pleadings. (ECF No. 22 at Ex. 1, pp. 2-3.) Wallace is wrong.

### A. LVMPD HAS A GOOD FAITH BASIS FOR ITS ALLEGATIONS.

Wallace carefully avoids DeCastro's actual involvement in his litigation. His filing does not include a declaration or affidavit from himself or DeCastro disavowing LVMPD's allegations. Rather, he claims LVMPD's Motion is frivolous because LVMPD failed to support its "factual assertions [with] a declaration or affidavit and the attached documents has no authentication." (ECF No. 22 at Ex. 1 at 2:6-9.) Further, Wallace claims LVMPD's Motion is frivolous because LVMPD did not authenticate its exhibits, relies on hearsay, and "a supporting declaration must be served with the motion." (*Id.* at Ex. 1 at 2:8-14.) Unsurprisingly, Wallace fails to cite to any legal authority supporting his argument.

Wallace's Motion for Sanctions demonstrates a complete lack of understanding of Rule 11. The Rule clearly states that a filing is not frivolous so long as the filer has or "*will likely have* evidentiary support after a reasonable opportunity for further investigation or discovery." Fed. R. Civ. P. 11(b). There is no requirement a moving party must support their allegation with a declaration or affidavit or that exhibits must be authenticated. (Interestingly, Wallace did not dare provide an affidavit or declaration stating DeCastro was

not drafting and filing his pleadings.) As set forth by the documents and videos, LVMPD has compelling evidence DeCastro is ghostwriting, filing, and/or otherwise orchestrating Wallace's pleadings.

Wallace represents DeCastro's only involvement is "paying my filing fee" and "couriering my compliant to the court." (ECF No. 22 at Ex. 1 at 2:21-23.) Wallace's representations on this issue are problematic, because DeCastro disagrees. According to DeCastro (1) he is the "constitutional scholar" "behind" Wallace's lawsuit, (2) he is "assisting" Wallace with the lawsuit, (3) he has a "law partner" and "legal team" that includes "Bobby Law", "X-Factor", and "Shawna"; and (4) he is currently "work[ing] for Floyd Wallace" and intends to sue other agencies on Wallace's behalf. Thus, if Wallace's is being truthful in his recent filings, his dispute is really with DeCastro constantly taking credit for Wallace's actions in this lawsuit and claiming to be the driving force behind it. DeCastro is either misrepresenting his role to LVMPD and his YouTube viewers, or Wallace is misrepresenting facts to this Court. The duo's inconsistencies on the issue are enough warrant an in-person evidentiary hearing.

### B. WALLACE'S ECF FILINGS ESTABLISH DECASTRO (OR SOMEONE ELSE) IS ENGAGING IN THE UNAUTHORIZED PRACTICE OF LAW ON WALLACE'S BEHALF.

Wallace has never requested authorization to file electronically. *See generally* Court Docket. Despite this fact, Wallace has continuously e-filed through an unidentified account. (*See e.g.*, ECF No. 14, 15, 19, and 21.) Coincidently, DeCastro has been granted electronic filing rights in his case. *See DeCastro v. Las Vegas Metro Police Dep't.*, 2:23-cv-00580-APG-EJY, ECF No. 5.[5]

Nevada Local Rules IC set forth the rules for electronic case filing. (*See* LR IC - Electronic Case Filing) According to LR IC 2-1, "A pro se litigant may request the court's authorization to register as a filer in a specific case." *See* LR IC 2-1(c). According to LR IC

---

[5] Although DeCastro received permission to file, the Court's Order states, "Plaintiff is not authorized to file electronically until the Consent form is submitted within the time frame specified." *DeCastro v. Las Vegas Metro Police Dep't.*, 2:23-cv-00580-APG-EJY, ECF No. 5. DeCastro has ignored that part of the order and has regularly filed his pleadings using the ECF system in his case.

2-1(c), a plaintiff "who is not registered as a filer must file documents by delivering originals of the documents to the clerk's office by hand delivery, U.S. Mail, or similar carrier service such as Federal Express." *See* LR IC 2-1(c). "Any attorney or other applicant seeking to become a filer must submit a completed registration form available on the court's website . . ." LR IC 2-1(d). The filer then receives a "login and password to permit the filer to access and file documents." LR IC 2-1(e)(1). The "filing of a document through the use of an authorized filer's login and password constitutes the 'signature' of that attorney or party for purposes of Fed. R. Civ. P. 11." *See* LR IC 2-1 (i). "The court deems the filer's login and password to be confidential" and "[n]o person is permitted to use a filer's login and password unless specifically authorized by the filer." LR IC 2-1(h). Under LR IC 5-1(b), "[t]he signatory must be the attorney or pro se party who electronically files the document." *See* LR IC 5-1(b). Pursuant to LR IC 7-1, the court may strike documents that do not comply with these rules.

Wallace has never been provided a "login or password" permitting him to file documents. Thus, an unknown individual is filing Wallace's documents via the Court's ECF system. Whoever is filing Wallace's documents via the ECF system is considered the author of the filing as "[t]he signature **must be** the . . .pro se party who electronically files the documents." Thus, whoever is filing Wallace's documents is practicing law and the person must be an attorney or a pro se litigant with permission. Thus, if DeCastro is filing Wallace's documents, all of Wallace's filings in this case should be struck. *See* LR IC 7-1. Finally, upon information and belief, when Wallace's current Motion for Sanctions was filed on August 10, 2023, Wallace was still incarcerated in Texarkana, Arkansas and was, therefore, unable to personally file the document. In sum, the evidence establishes Wallace is not complying with this Court's local rules and some third-party is improperly using their "confidential" ECF login and password to file Wallace's documents.

**C.   THIS COURT SHOULD DENY ANY SANCTIONS AGAINST LVMPD AND ORDER AN IN-PERSON EVIDENTIARY HEARING ON THESE ISSUES.**

Wallace has not met his burden on Rule 11 for sanctions. LVMPD has a valid basis for its assertions. In fact, it appears Wallace's real complaint is with DeCastro for publicly claiming he and his legal team are behind Wallace's lawsuit. Because Wallace and DeCastro disagree with one another as to whether DeCastro is the "man [] behind" Wallace's lawsuit and it is unclear who is filing Wallace's documents, this Court should order an evidentiary hearing and require both Wallace and DeCastro to attend and testify under oath. Further, to ensure no unauthorized practice of law is occurring, this Court should also order DeCastro's legal team of "Bobby Law", "X-factor", and "Shawna" to attend and testify.

**V.   CONCLUSION**

Based upon the above, LVMPD requests that this Court deny Wallace's Motion for Sanctions and, if it is so inclined, order an evidentiary hearing on the issue.

Dated this 22nd day of August, 2023.

MARQUIS AURBACH

By *s/Craig R. Anderson*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendant LVMPD

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANT LVMPD'S OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR RULE 11 SANCTIONS ON LVMPD AND THEIR COUNSEL (ECF NO. 22)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 22nd day of August, 2023.

☐ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Floyd Wallace
1613 Leopard Lane
College Station, TX 77840
*Pro Per*

*s/Sherri Mong*
an employee of Marquis Aurbach

MAC:14687-464 5186277_1 8/22/2023 3:58 PM

# Exhibit A

## DECLARATION OF MARK PRETTI

I, Mark Pretti, hereby declare as follows:

1. I am over the age of eighteen (18) years of age and have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true. I am competent to testify as to the facts stated herein in a court of law and will so testify if called upon.

2. I am a Sergeant with the Las Vegas Metropolitan Police Department ("LVMPD").

3. I file this declaration in support Defendant LVMPD's Opposition to Plaintiff's Amendment Motion for Rule 11 Sanctions on LVMPD and their Counsel (ECF No. 22).

4. On May 11, 2023, Floyd Wallace and Jose DeCastro came to LVMPD Spring Valley Area Command Center where I was the on-duty sergeant. I met DeCastro and Wallace in the command center lobby. The entire encounter was captured by my body worn camera.

5. Attached to this Opposition under Exhibit B is a true and correct copy of the events as captured by my body worn camera.

6. Pursuant to NRS 53.045, I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 21 day of August, 2023.



Mark Pretti

Page 1 of 1

MAC:14687-464 5195572_1 8/18/2023 2:50 PM

# Exhibit B



# Exhibit C

# Disciplinary Counsel
## THE SUPREME COURT OF OHIO



**DISCIPLINARY COUNSEL**
JOSEPH M. CALIGIURI

**CHIEF ASSISTANT DISCIPLINARY COUNSEL**
MICHELLE A. HALL

**SENIOR ASSISTANT DISCIPLINARY COUNSEL**
AMY C. STONE
DONALD M. SCHEETZ
KAREN H. OSMOND

**ASSISTANT DISCIPLINARY COUN**
MICHELLE R. BOWMAN
AUDREY E. VARWIG
LIA J. MEEHAN
ADAM P. BESSLER
MATTHEW A. KANAI
KELLI C. SCHMIDT
MARTHA S. ASSEFF

**SPECIAL ASSISTANT DISCIPLINA**
LORI J. BROWN

August 31, 2022

VIA ELECTRONIC MAIL ONLY

Paul Andrew Carroll, Esq.

Re: Jose DeCastro
Our File No. C2-0693U

Dear Mr. Carroll:

After investigating your grievance alleging the unauthorized practice of law by Jose DeCastro (under the Youtube channel labeld "DeleteLawz"), we determined that we will not take further action at this time. We reviewed Mr. DeCastro's Youtube video and agree that he likely engaged in the unauthorized practice of law by drafting what purported to be a power of attorney and instructing another person to sign it. However, we have attempted to reach Mr. DeCastro at multiple addresses in California but have been unsuccessful. Additionally, as you may be aware, Mr. DeCastro has an active warrant for his arrest in Lawrence County, Ohio.

After considering all the factors in this case, we believe it is unlikely that we will obtain service on Mr. DeCastro. We also believe it is exceedingly unlikely that Mr. DeCastro would respond to a complaint or appear for proceedings before the Board on the Unauthorized Practice of Law, as evidenced by Mr. DeCastro's evasion of the warrant for his arrest. Further, if the board imposed sanctions through a default judgment, we think it is unlikely that Mr. DeCastro would comply with them. For these reasons, we are exercising our discretion not to start formal proceedings against Mr. DeCastro at this time.

Should we become aware of additional information regarding Mr. DeCastro's activities that might constitute the unauthorized practice of law or if Mr. Decastro returns to Ohio, we will consider reopening our investigation. Accordingly, we dismissed this matter and closed our file.

Sincerely,



Matthew A. Kanai
Assistant Disciplinary Counsel

MAK/ksl

2