**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   Attorneys for Defendant LVMPD

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FLOYD WALLACE,<br><br>                              Plaintiff,<br><br>   vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; CHRISTIAN TORRES; JASON SHOEMAKER; CORY MCCORMICK and DOES 1 to 50, inclusive,<br><br>                              Defendants. | Case Number:<br>2:23-cv-00809-APG-NJK<br><br>**DEFENDANT LVMPD'S NOTICE OF MANUAL FILING OF EXHIBIT A ATTACHED TO OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR RULE 11 SANCTIONS ON LVMPD AND THEIR COUNSEL (ECF NO. 28)** |

Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and through its attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach, hereby files its Notice of Manual Filing of Exhibit A (flash drive containing Sgt. Pretti BWC I) Attached to Opposition to Plaintiff's Amended Motion for Rule 11 Sanctions on LVMPD and Their Counsel. (ECF No. 28.)

Dated this 23rd day of August, 2023.

MARQUIS AURBACH


By *s/Craig R. Anderson*
  Craig R. Anderson, Esq.
  Nevada Bar No. 6882
  10001 Park Run Drive
  Las Vegas, Nevada 89145
  Attorneys for Defendant LVMPD

MAC:14687-464 5199339_1 8/23/2023 9:28 AM

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **DEFENDANT LVMPD'S NOTICE OF MANUAL FILING OF EXHIBIT A ATTACHED TO OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR RULE 11 SANCTIONS ON LVMPD AND THEIR COUNSEL (ECF NO. 28)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 23rd day of August, 2023.

☐ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

> Floyd Wallace
> 1613 Leopard Lane
> College Station, TX 77840
> *Pro Per*

*s/Sherri Mong*
an employee of Marquis Aurbach

# Exhibit A



Case 2:23-cv-00809-APG-NJK Document 29 Filed 08/22/23 Page 5 of 9

# DECLARATION OF MARK PRETTI

I, Mark Pretti, hereby declare as follows:

1. I am over the age of eighteen (18) years of age and have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true. I am competent to testify as to the facts stated herein in a court of law and will so testify if called upon.

2. I am a Sergeant with the Las Vegas Metropolitan Police Department ("LVMPD").

3. I file this declaration in support Defendant LVMPD's Opposition to Plaintiff's Amendment Motion for Rule 11 Sanctions on LVMPD and their Counsel (ECF No. 22).

4. On May 11, 2023, Floyd Wallace and Jose DeCastro came to LVMPD Spring Valley Area Command Center where I was the on-duty sergeant. I met DeCastro and Wallace in the command center lobby. The entire encounter was captured by my body worn camera.

5. Attached to this Opposition under Exhibit B is a true and correct copy of the events as captured by my body worn camera.

6. Pursuant to NRS 53.045, I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 21 day of August, 2023.



Mark Pretti

Page 1 of 1

MAC:14687-464 5195572_1 8/18/2023 2:50 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816