# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FLOYD WALLACE,<br><br>    Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-00809-APG-NJK<br><br>**Order** |

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). To the extent Defendants seek to stay discovery pending resolution of their motions to dismiss, they must file a motion addressing the pertinent standards by September 12, 2023. *See Kor Media Grp., LLC v. Green*, 294 F.R.D 579 (D. Nev. 2013). If a motion to stay discovery is filed by that date, discovery will be stayed on an interim basis pending resolution of that request. If a motion to stay discovery is not filed by that date, the parties must file a joint discovery plan by September 19, 2023.

    IT IS SO ORDERED.

    Dated: September 5, 2023

                                                                 Nancy J. Koppe<br>
                                                                  United States Magistrate Judge