Floyd Wallace
1613 Leopard Ln.
College Station, TX 77840
(402) 347-0770
floydwallacecivilrights@gmail.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FLOYD WALLACE ) | Case No.: 2:23-cv-00809 |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S MOTION** |
| ) | **TO EXTEND TIME TO RESPOND** |
| v. ) | |
| ) | |
| LAS VEGAS METROPOLITAN POLICE ) | |
| DEPARTMENT, et al. ) | |
| ) | |
| Defendants. ) | |

**INTRODUCTION**

I, Plaintiff Floyd Wallace, pursuant to Fed. R. Civ. P. Rule 6, moves this Honorable Court for an extension of time to reply to Defendant Las Vegas Metropolitan Police Department ("LVMPD")'s Response (ECF No. 30) to Plaintiff's Motion for Extension of Time (ECF No. 21) and an extension of time to reply to the remaining defendants' ("Defendants") Motion to Dismiss (ECF No. 33). Or in the alternative, for leave to file a late reply, in the interest of justice. This motion is made and based on the attached Memorandum of Points and Authorities, the pleadings, and papers on file herein, and any oral argument allowed by counsel at the time of the hearing.

I'm requesting until December 5, 2023 or longer if the court grants it, to respond to Defendants frivolous Response, so that I may respond to it with the help of counsel.

Additionally, I have been delayed by being illegally jailed three times in the last 30 days.

1

Additionally, since I am currently traveling, I won't even receive the "CD" that the Defendants submitted, assuming they mailed it to me, until after fourteen days.

## MEMORANDUM OF POINTS AND AUTHORITIES

**A. Rule 6 authorizes this Court to extend time.** Fed. R. Civ. P. Rule 6(b)(1)(B) grants this Court the authority, for good cause, to extend the time before the original time or its extension expires. Courts in this circuit have allowed extensions of time while safe harbor periods run down. *Cortese v. H&R Block Tax & Bus. Servs.*, No. CV 14-7550 PSG (MRWx), 2015 U.S. Dist. LEXIS 200684, at *10-11 (C.D. Cal. Aug. 4, 2015); *Slovak v. Golf Course Villas Homeowners Aossication*, No. 3:13-cv-00569-RCJ-CBC, 2019 U.S. Dist. LEXIS 238421, at *6-7 (D. Nev. Jan. 15, 2019). I've also mentioned several other good cause reasons for a delay for search of counsel, traveling, and illegal incarceration.

**B. Discretion to accept late filings.** The Ninth Circuit Court of Appeals considered a district court's discretion to accept late filings in *U.S. v. Heller*, 551 F.3d 1108 (9th Cir. 2009).

## CONCLUSION

Accordingly, Plaintiff respectfully requests this Court to extend the time to file a Reply to LVMPD's Response and Defendants' Motion until December 5, 2023, or longer, or in the alternative leave to file a late opposition and reply.

DATED: September 5, 2023                        Respectfully submitted,

*/s/ Floyd Wallace*
Floyd Wallace
1613 Leopard Ln.
College Station, TX 77840
floydwallacecivilrights@gmail.com
(402) 347-0770
*Pro Se*