UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FLOYD WALLACE, | Case No.: 2:23-cv-00809-APG-NJK |
| Plaintiff | **Order Dismissing Defendant State of Nevada** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants | |

On September 11, 2023, plaintiff Floyd Wallace was advised by the court that his claims against defendant State of Nevada would be dismissed without prejudice unless on or before October 11, 2023, Wallace either filed proper proof of service or showed good cause why such service was not timely made. Wallace has failed to do so.

I THEREFORE ORDER that plaintiff Floyd Wallace's claims against defendant State of Nevada are DISMISSED without prejudice.

DATED this 13th day of October, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE