# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FLOYD WALLACE, | Case No.: 2:23-cv-00809-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants | |

Defendants Cory McCormick, Jason Shoemaker, and Christian Torres filed a notice of manual filing related to their motion to dismiss. ECF No. 34. However, the defendants have not provided the manual filing to the court. *See* LR IC 1-1(d).

I THEREFORE ORDER defendants Christopher Torres, Jason Shoemaker, and Cory McCormick to lodge the manually filed exhibit with the court by November 1, 2023.

DATED this 23rd day of October, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE