Floyd Wallace
1613 Leopard Ln.
College Station, TX 77840
(402) 347-0770
floydwallacecivilrights@gmail.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FLOYD WALLACE ) | Case No.: |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S NOTICE OF** |
| ) | **VOLUNTARY DISMISSAL;** |
| v. ) | |
| ) | |
| LAS VEGAS METROPOLITAN POLICE ) | |
| DEPARTMENT, et al. ) | |
| ) | |
| Defendants. ) | |

## INTRODUCTION

I, Plaintiff Floyd Wallace, hereby notify the court and all parties of my voluntary dismissal of this action against defendants Christian Torres, Jason Shoemaker, Cory McCormick, and Does 1 to 50 inclusive ("Defendants") pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i). The Defendants have not filed an answer nor a motion for summary judgment, and I have an absolute right to voluntarily dismiss this action without prejudice.

This case will be refiled, and the Defendants are on notice to protect any relevant evidence.

DATED: October 24, 2023                                   Respectfully submitted,

*Floyd Wallace*

1

Floyd Wallace
1613 Leopard Ln.
College Station, TX 77840
floydwallacecivilrights@gmail.com
(402) 347-0770
*Pro Se*