# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FLOYD WALLACE,<br><br>    Plaintiff<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE, et al.,<br><br>    Defendants | Case No.: 2:23-cv-00809-APG-NJK<br><br>**Order** |

Plaintiff Floyd Wallace filed a notice of voluntary dismissal stating that he dismissed this action against defendants Christian Torres, Jason Shoemaker, Corey McCormick, and Does 1 to 50. ECF No. 48. Wallace's notice is unclear because it states that he will refile a new case but he does not dismiss all defendants. Specifically, he does not indicate whether he also voluntarily dismisses defendant Las Vegas Metropolitan Police Department.

I THEREFORE ORDER that plaintiff Floyd Wallace shall clarify if he is voluntarily dismissing his claims against all the defendants, including Las Vegas Metropolitan Police Department, or whether he is dismissing only the individual defendants. If Wallace does not clarify his intent by November 3, 2023, I will dismiss the entire case against all defendants without prejudice.

DATED this 26th day of October, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE