# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FLOYD WALLACE, | Case No.: 2:23-cv-00809-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE, et al., | |
| Defendants | |

Plaintiff Floyd Wallace filed a notice of voluntary dismissal stating that he dismissed this action against defendants Christian Torres, Jason Shoemaker, Corey McCormick, and Does 1 to 50. ECF No. 48.  Wallace's notice is unclear because it states that he will refile a new case but he does not dismiss all defendants.  Specifically, he does not indicate whether he also voluntarily dismisses defendant Las Vegas Metropolitan Police Department.  Consequently, I ordered Wallace to clarify if he is voluntarily dismissing his claims against all the defendants, including Las Vegas Metropolitan Police Department, or whether he is dismissing only the individual defendants. ECF No. 50.  I advised Wallace that if he did not clarify his intent by November 3, 2023, I would dismiss the entire case against all defendants without prejudice. *Id.*  Wallace did not respond.

I THEREFORE ORDER that plaintiff Floyd Wallace's complaint (ECF No. 1-2) is voluntarily dismissed without prejudice as to all defendants.  The clerk of court is instructed to terminate all pending motions and close this case.

DATED this 7th day of November, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE